UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SANDEE'S BAKERY d/b/a SANDEE'S CATERING BAKERY & DELI AND GNEMI, LLC d/b/a LOGAN FARMS, <br><br> Plaintiffs, <br><br> v. <br><br> AGRI STATS, INC., et al., <br><br> Defendants. | No. 1:20-cv-02295 <br><br> Hon. Virginia M. Kendall |

**MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT BETWEEN COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS AND DEFENDANT TYSON**

PLEASE TAKE NOTE that on the date and time to be determined by the Court, if the Court determines that a hearing is necessary, the Commercial and Institutional Indirect Purchaser Plaintiffs ("CIIPPs") will appear (or will appear by remote means) before the Honorable Virginia M. Kendall in her courtroom at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL and will then and there present their Motion for Preliminary Approval of the Settlement Agreement between CIIPPs and Defendants Tyson Foods, Inc., Tyson Fresh Meats, Inc., Tyson Prepared Foods, Inc., and the Hillshire Brands Company (collectively "Tyson"). This motion is based on this notice of motion, the Federal Rules of Civil Procedure, the concurrently filed Memorandum of Law and supporting declarations and exhibits, and all other evidence and arguments presented in the briefings and at the hearing of this motion.

Dated: July 6, 2021          **CUNEO GILBERT & LADUCA, LLP**

By:    */s/Blaine Finley*
       BLAINE FINLEY

Jonathan W. Cuneo (*pro hac vice*)
Blaine Finley (*pro hac vice*)
Evelyn Li (*pro hac vice*)
4725 Wisconsin Ave., NW
Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
Email: jonc@cuneolaw.com
Email: bfinley@cuneolaw.com
Email: evelyn@cuneolaw.com

John "Don" Barrett (*pro hac vice*)
Katherine Barrett Riley (*pro hac vice*)
Sarah Sterling Starns (*pro hac vice*)
**BARRETT LAW GROUP, P.A.**
404 Court Square
Lexington, Mississippi 39095
Telephone: (662) 834-2488
Fax: (662) 834-2628
Email: dbarrett@barrettlawgroup.com
Email: kbriley@barrettlawgroup.com
Email: sstarns@barrettlawgroup.com

Robert A. Clifford
Shannon M. McNulty
**CLIFFORD LAW OFFICES**
120 N. LaSalle Street
Suite 3100
Chicago, IL 60602
Phone: 312-899-9090
rac@cliffordlaw.com
smm@cliffordlaw.com

Shawn M. Raiter (*pro hac vice*)
**LARSON • KING, LLP**
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
(651) 312-6518 Telephone
sraiter@larsonking.com

Jon Tostrud (*pro hac vice*)
Anthony Carter (*pro hac vice*)
**TOSTRUD LAW GROUP, PC**
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
jtostrud@tostrudlaw.com
acarter@tostrudlaw.com

*Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs Sandee's Bakery and Gnemi, LLC*